Commonwealth *v.* Electrolux Corporation, Appellant.

Argued May 26, 1949. Before MAXEY, C. J., LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

334

*John Y. Scott,* for appellant.

*Carl F. Chronister,* with him *T. McKeen Chidsey,* Attorney General, for appellee.

PER CURIAM, June 24, 1949:

The judgment of the court below is affirmed on the opinion of President Judge KARL E. RICHARDS.